# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER D. JONES                                                                PLAINTIFF
ADC #611484

V.                              No. 3:20CV00166-DPM-JTR

KENDALL DRINKARD, Sergeant,
North Central Unit, *et al.*                                                      DEFENDANTS

## ORDER

Plaintiff Christopher D. Jones ("Jones") is a prisoner in the North Central Unit of the Arkansas Division of Correction ("ADC"). He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights. *Doc. 2.* Before Jones may proceed with this case, the Court must screen his claims.[1]

Jones alleges that, on May 11, 2020: (1) Defendants Sergeant Kendall Drinkard, Sergeant Jeremy Alman, Corporal Alexander Delgado, and Corporal Richard Collie used unnecessary and excessive force against him, causing injuries

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. *Id.* § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint. *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009). Finally, a *pro se* complaint must be "liberally construed" and "held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus,* 551 U.S. 89, 94 (2007).]

to his head, face and shoulder; and (2) Defendant Major Keith Day "stood by" and failed to intervene.

The Court concludes, *for screening purposes only*, that Jones has pled a viable § 1983 claims against each of the Defendants and that his claims should be allowed to proceed.

IT IS THEREFORE ORDERED THAT:

1.  Jones may PROCEED with his § 1983 claims against Sergeant Kendall Drinkard, Sergeant Jeremy Alman, Corporal Alexander Delgado, Corporal Richard Collie, and Major Keith Day.

2.  The Clerk is directed to prepare a summons for Drinkard, Alman, Delgado, Collie, and Day. The United States Marshal is directed to serve the summons and Complaint (*Doc. 2*) and this Order on them, through the ADC Compliance Division, without prepayment of fees and costs or security therefor.[2]

DATED this 23rd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] If any Defendant is no longer an ADC employee, the individual responding to service must file a **sealed** statement providing the unserved Defendant's last known private mailing address.