IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER D. JONES
ADC #611484                                                                  PLAINTIFF

v.                          No. 3:20-cv-166-DPM-JTR

KENDALL DRINKARD, Sergeant, North
Central Unit; JEREMY ALMAN, Sergeant,
NCU; ALEXANDER DELGADO,
Corporal, NCU; KEITH DAY, Major,
NCU; and RICHARD COLLIE, Corporal
NCU                                                                          DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 28*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Jones's motion for preliminary injunctive relief, *Doc. 18*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2020