# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER D. JONES                                                         PLAINTIFF
ADC #611484

V.                       No. 3:20CV00166-DPM-JTR

KENDALL DRINKARD, Sergeant,
North Central Unit, *et al.*                                                 DEFENDANTS

## **ORDER**

For good cause shown, Plaintiff Christopher D. Jones's Motion for Copies (*Doc. 35*) is GRANTED. The Clerk is directed to mail him copies of *Docs. 26, 27, 28 & 29*, along with an updated copy of the docket sheet.

IT IS SO ORDERED this 8th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE