# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

CHRISTOPHER D. JONES                                                                PLAINTIFF
ADC #611484

V.                          No. 3:20-cv-166-DPM-JTR

KENDALL DRINKARD, Sergeant,
North Central Unit, *et al.*                                                       DEFENDANTS

## ORDER

Various motions are pending in this § 1983 action.

Plaintiff Christopher Jones's Second Motion for Appointment of Counsel (*Doc. 39*) is denied for the same reasons the Court denied his first request for appointed counsel. *See* Order, *Doc. 27*.

Defendants' Motion to Extend Time (*Doc. 40*) is GRANTED. The discovery deadline is extended through **April 26, 2021**.

Plaintiff Jones's Motion for Status Update (*Doc. 38)* is GRANTED. The Court is considering the Motion for Summary Judgment on the issue of exhaustion.

IT IS SO ORDERED this 30th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE