IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER D. JONES
ADC #611484                                                            PLAINTIFF

v.                        No. 3:20-cv-166-DPM-JTR

KENDALL DRINKARD, Sergeant, NCU;
JEREMY ALMAN, Sergeant, NCU;
ALEXANDER DELGADO, Corporal,
NCU; KEITH DAY, Major NCU; and
RICHARD COLLIE, Corporal, NCU                                       DEFENDANTS

## ORDER

Unopposed partial recommendation, *Doc. 42*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 23*, denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 April 2021