# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER D. JONES                                                                PLAINTIFF
ADC #611484

V.                              No. 3:20-cv-166-DPM-JTR

KENDALL DRINKARD, Sergeant,
North Central Unit, *et al.*                                                       DEFENDANTS

## ORDER

Pending before the Court is a Motion for Extension of Deadlines filed by Defendants' counsel. *Doc. 49.* Due to his "heavy workload," he requests a 45-day extension "to complete discovery and to file [a] motion for summary judgment." *Id.*

The initial Scheduling Order in this case set a March 24, 2021 discovery deadline and an April 23, 2021 deadline for the filing of dispositive motions. *Doc. 15.* The Court previously granted Defendants a 30-day extension to the discovery deadline, extending it to April 26, 2021. *Doc. 41.*[1] That deadline has long since passed. Moreover, on June 17, 2021, when the Court entered its revised Scheduling Order setting the current June 30, 2021 dispositive motions deadline, it noted that the discovery period had already ended. *Doc. 47.*

---

[1] Defendants' earlier Motion to Extend Time, which sought a 30-day extension to the discovery deadline, was also based on Defense counsel's "heavy workload." *Doc. 40.*

Thus, Defendants' Motion for Extension of Deadlines (*Doc. 49*) is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED to the extent that the dispositive motions deadline is extended 21 days from the date of this Order. Otherwise, the Motion is DENIED.

Accordingly, **any dispositive motions on the merits of this case are due by July 21, 2021.** If claims remain after dispositive motions are decided, a final scheduling order will be issued for trial.

IT IS SO ORDERED this 30th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE