# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER D. JONES  
ADC #611484                                                                                         PLAINTIFF

V.                          No. 3:20-CV-00166-DPM-JTR

KENDALL DRINKARD, Sergeant,  
North Central Unit, *et al.*                                                                     DEFENDANTS

## ORDER

Plaintiff Christopher D. Jones ("Jones") has three pending motions.

**1. Motion to Clarify (*Doc. 52*)**

On June 17, 2021, the Court entered a Scheduling Order setting the deadline for the filing of dispositive motions on the merits of the case. *Doc. 47*. On June 30, 2021, the Court granted Defendants' Motion for Extension of Time, to the extent that it extended the dispositive motions deadline to July 21, 2021. *Doc. 50*. On July 9, 2021, Jones filed a Motion to Clarify stating that he did not understand what a dispositive motion was and asked the Court for clarification. *Doc. 52*.

Jones's Motion to Clarify (*Doc. 52*) is GRANTED. A dispositive motion is a motion, such as a motion for summary judgment,[1] that is designed to dispose of, or terminate, a case before trial.

---
[1] *See* Federal Rule of Civil Procedure 56.

2. **Motion to Appoint Counsel (*Doc. 53*)**

Jones's third Motion for Appointment of Counsel (*Doc. 53*) is DENIED for the same reasons the Court denied his prior requests for counsel. *See* Order, *Doc. 27*; *Doc. 41*.

3. **Motion for Temporary Restraining Order or Transfer to Another Facility (*Doc. 54*)**

Jones filed a second Motion for injunctive relief to keep Defendants away from him or for him to be transferred to another facility. *Doc. 54* (citing *Doc. 48*). On July 9, 2021, the same day his Motion was filed, Jones also filed a Notice of Change of Address stating that he was "recently transferred to the Varner Unit on 7-7-21." *Doc. 51*. Accordingly, the Motion for Temporary Restraining Order or Transfer to Another Facility (*Doc. 54*) is moot and therefore DENIED.

IT IS SO ORDERED this 13th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE