## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER D. JONES**
**ADC #611484**                                              **PLAINTIFF**

**v.**                          **No. 3:20-cv-166-DPM-JTR**

**KENDALL DRINKARD, Sergeant, NCU;**
**JEREMY ALMAN, Sergeant, NCU;**
**ALEXANDER DELGADO, Corporal,**
**NCU;  KEITH DAY, Major NCU;  and**
**RICHARD COLLIE, Corporal, NCU**                **DEFENDANTS**

### ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 78.* FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 62,* granted in part and denied in part. Jones' official capacity claims are dismissed. The individual capacity claims go forward, though the claims against Alman or his estate—which Jones attempts to substitute as a defendant, *Doc. 79 & 80*—will be addressed in due course by separate order.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

18 March 2022