# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER D. JONES**
**ADC #611484**                                                        **PLAINTIFF**

v.                        No. 3:20-cv-166-DPM-JTR

**KENDALL DRINKARD, Sergeant, NCU;**
**JEREMY ALMAN, Sergeant, NCU;**
**ALEXANDER DELGADO, Corporal,**
**NCU; KEITH DAY, Major NCU; and**
**RICHARD COLLIE, Corporal, NCU**                        **DEFENDANTS**

## ORDER

Defendants filed notice in October 2020 that Jeremy Alman had died. *Doc. 20.* Magistrate Judge Ray denied as untimely Jones' motions, *Doc. 79 & 80*, to substitute Alman's estate as a defendant. *Doc. 85.* No objection was filed. And Jones has not taken any further steps on the substitution issue. Jones's claims against Alman are therefore dismissed without prejudice. FED. R. CIV. P. 25(a)(1).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2022