# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER D. JONES
ADC #611484                                                                              PLAINTIFF

v.                           No. 3:20-cv-166-DPM-JTR

KENDALL DRINKARD, Sergeant, NCU;
ALEXANDER DELGADO, Corporal,
NCU; KEITH DAY, Major NCU; and
RICHARD COLLIE, Corporal, NCU                                          DEFENDANTS

## ORDER

The Court appreciates the parties' pre-trial filings. The Court is concerned that, having been released from custody, Jones is not in contact with his lawyer. The Court must be sure that Jones intends to pursue his case at the jury trial long-scheduled for 26 February 2024. Jones's appointed counsel must make every practicable effort to contact his client in the coming weeks. Jones's counsel must file a status report no later than 22 January 2024. Unless Jones has re-established contact with his lawyer by then, and confirmed that he wants to pursue this matter and will appear at the trial, the Court will dismiss this case without prejudice.

–2–

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>22 December 2023</u>