IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER D. JONES
ADC #611484                                                                              PLAINTIFF

v.                           No. 3:20-cv-166-DPM-JTR

KENDALL DRINKARD, Sergeant, NCU;
ALEXANDER DELGADO, Corporal,
NCU; KEITH DAY, Major NCU; and
RICHARD COLLIE, Corporal, NCU                                              DEFENDANTS

ORDER

Drinkard's, Day's, Delgado's, and Collie's motion in limine, *Doc. 102*, is partly granted and partly denied. Here are the Court's rulings:

- **Affidavits in *Doc. 68*.**

Granted as modified. The hearsay rule bars the affidavits as substantive evidence. Fed. R. Evid. 801(c). Whether they may be used at trial for some other purpose under the Rules will abide the event.

- **Evidence of Other Lawsuits.**

Granted as modified. After Jones filed this case, he sued Drinkard over a separate incident. *Jones v. Drinkard*, Case No. 3:21-cv-172-BSM (E.D. Ark. 2023). That case has little relevance, if any, to Jones's excessive force claims here. Evidence of it will be excluded. Fed. R. Evid. 403; *see also Trotter v. Lawson*, 997 F.3d 819, 821-22 (8th Cir. 2021).

- **Evidence & Testimony Relating to Jeremy Alman.**

Denied without prejudice. The defendants haven't identified which evidence they seek to exclude. The Court can't balance the probative value and prejudicial effect without more. Fed. R. Evid. 401-403.

- **Evidence Not Produced During Discovery.**

Granted with a caveat. Counsel and the Court may agree on some unexpected new and necessary piece of evidence.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

10 January 2024