IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER D. JONES
ADC #611484                                                                                    PLAINTIFF

v.                          No. 3:20-cv-166-DPM-JTR

KENDALL DRINKARD, Sergeant, NCU;
ALEXANDER DELGADO, Corporal,
NCU; KEITH DAY, Major NCU; and
RICHARD COLLIE, Corporal, NCU                                                       DEFENDANTS

## ORDER

Updated status report, *Doc. 109*, appreciated. Jones was discharged from prison in September 2023. No one has heard from him since. His case is set for a jury trial on 26 February 2024. His lawyer has made commendable efforts to re-establish contact; but Jones hasn't resurfaced. His case will be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

22 January 2024