IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER D. JONES
ADC #611484                                                      PLAINTIFF

v.                      No. 3:20-cv-166-DPM-JTR

KENDALL DRINKARD, Sergeant, NCU;
JEREMY ALMAN, Sergeant, NCU;
ALEXANDER DELGADO, Corporal,
NCU; KEITH DAY, Major NCU; and
RICHARD COLLIE, Corporal, NCU                                    DEFENDANTS

## JUDGMENT

Jones's case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2024